**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JENNIFER LARSON,

Plaintiff,

v.

JOHN R. HAWKS, LTD.,

Defendant.

Civil No. 00-2713 (DWF/AJB)

**ORDER OF REFERENCE**

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss (Doc. No. 4) is referred to Magistrate Judge Arthur J. Boylan.

Counsel is directed to contact Kathy Thobe, Magistrate Judge Boylan's Calendar Clerk, at 651-848-1210, to reschedule the motion.

Dated: February 28, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed FEB 28 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________