**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jennifer Larson, Civil No. 00-2713 (DWF/AJB)

Plaintiff,

v. **ORDER**

John R. Hawks, Ltd.,

Defendant.

---

Thomas J. Lyons, Jr., Esq., Consumer Justice Center, 342 County Road D East, Little Canada, MN 55117; Peter F. Barry, Esq., Barry Law Office, 342 County Road D East, Little Canada, MN 55117-1171, counsel for Plaintiff.

Jon R. Hawks, Esq., Hawks Law Office, 7301 Ohms Lane, Suite 535, Edina, MN 55439-2340, counsel for Defendant.

---

This matter is before the Court upon Defendant's objections to Magistrate Judge Arthur J. Boylan's Report and Recommendation dated June 21, 2001, recommending that Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12 be granted in part and denied in part and that the amended complaint be dismissed to the extent that FDCPA violations are alleged with respect to efforts to collect on a check dated January 25, 2000, written to Speedway SuperAmerica, in the amount of $29.41. The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c).

Based upon the Court's review of the record and review of the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

FILED AUG - 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

1. Magistrate Judge Arthur J. Boylan's Report and Recommendation dated June 21, 2001 (Doc. No. 14) is **ADOPTED**.

2. Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12 (Doc. No. 4) is **GRANTED IN PART AND DENIED IN PART**. The amended complaint is **DISMISSED** to the extent that FDCPA violations are alleged with respect to efforts to collect on a check dated January 25, 2001, written to Speedway SuperAmerica, in the amount of $29.41.

Dated: August 9, 2001

DONOVAN W. FRANK
Judge of United States District Court

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500