UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

JENNIFER LARSON,

Plaintiff,

v.

JON R. HAWKS, LTD.,

Defendant.

Civil No. 00-2713 DWF/AJB

**ORDER**

---

The above matter came before the Court on Plaintiff's motion to compel discovery. Based on the file, affidavits, memoranda and arguments of counsel, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion is **denied in part and granted part** [Docket No. 23];
2. On or before March 15, 2002, at 4:30 p.m., Defendant shall produce full and complete responses to all outstanding December 10, 2001 discovery requests;
3. To the extent that Defendant objects to the production of a document based on a claim of privilege, Defendant shall submit a log, which identifies the document by date, by the names of the author and recipient, and describing the general subject matter of the document (without revealing the privileged or protected material);
4. Notwithstanding paragraph 2 above, Defendant may withhold the production of any document, which Defendant reasonably and in good faith believes to be in need of the protection of the below-mentioned protective order;

MAR 1 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. The deposition of Jon R. Hawks is tentatively scheduled to take place on April 11, 2002, at 9:00 a.m. (in the office of Plaintiff's counsel), but in any event, said deposition shall take place on or before April 15, 2002;

6. Defendant shall pay fees and costs in the amount $500;

7. To the extent that it seeks relief not granted above, Plaintiff's motion is denied; and

8. The parties shall meet and confer regarding a protective order, and in the event the parties cannot agree on the content of a protective order, Defendant shall make an appropriate motion to the Court.

Dated: 3/12/02

Arthur J. Boylan
United States Magistrate Judge